**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**Case No.:**

BLAKE WARNER,

           Plaintiff,

vs.

   BETTER MORTGAGE CORPORATION,

           Defendant.

_____/

## <u>NOTICE OF REMOVAL</u>

Defendant Better Mortgage Corporation (the "Defendant"), by filing this Notice of Removal and related papers, hereby removes the above-entitled action from the County Court of the Thirteenth Judicial Circuit of the State of Florida, in and for Hillsborough County, to the United States District Court for the Middle District of Florida, Tampa Division, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.

In support of the Notice of Removal, Defendant asserts the following:

1. On November 28, 2022, Plaintiff Blake Warner (the "Plaintiff") filed a pro se Complaint (the "Complaint") in the County Court of the Thirteenth Judicial Circuit Court of the State of Florida, in and for Hillsborough County.

2. On November 30, 2022, the Complaint was served upon the Defendant.

3. In the Complaint, Plaintiff alleges federal causes of action pursuant to the Truth in Lending Act ("TILA"), 15 U.S.C. § 1601 et seq., and the Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. § 2601 et seq. *See* Complaint, at ¶¶31-42.

4. As such, the entire suit is removable under 28 U.S.C. § 1441(a).

5.      Defendant desires to exercise its right to remove the state court action under 28 U.S.C. § 1441(a), which provides in pertinent part:

> (a) Generally – Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

6.      Given the allegations in the Complaint and pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over the allegations in the Complaint.

7.       Thus, the State court action may be removed to this Court by Defendant in accordance with the provisions of 28 U.S.C. § 1441(a) because this is a civil action pending within the original jurisdiction of the United States District Courts.

8.      Notice of removal is being filed within 30 days after service of the Complaint upon Defendants and is thus timely pursuant to 28 U.S.C. § 1446(b).

9.      Pursuant to 28 U.S.C. § 1441(a), venue is proper because Hillsborough County lies within the Middle District of Florida, Tampa Division.

10.      Pursuant to 28 U.S.C. § 1446(a), a copy of the Summons and Complaint served upon Defendant in the State court action is attached hereto as **Exhibit A**.

11.      A civil cover sheet is attached hereto as **Exhibit B**.

12.      Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is contemporaneously being filed with the Clerk for the County Court of the Thirteenth Judicial Circuit Court of the State of Florida, in and for Hillsborough County, and served upon Plaintiff. By serving a copy of this Notice of Removal upon Plaintiff, Defendant is giving Plaintiff proper notice of this removal.

13.     Defendants reserve the right to amend or supplement this Notice of Removal and further reserve the right to raise all defenses and objections.

WHEREFORE, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant removes this action in its entirety from the County Court of the Thirteenth Judicial Circuit of the State of Florida, in and for Hillsborough County, to the United States District Court for the Middle District of Florida, Tampa Division.

Dated: December 19, 2022

**LIPPES MATHIAS LLP**

/s Adam B. Edgecomb
Adam B. Edgecomb, Esq.
Florida Bar No.: 1011043
10151 Deerwood Park Boulevard
Building 300, Suite 300
Jacksonville, Florida 32256
T: (904) 660-0020
F: (904) 660-0029
E:  aedgecombe@lippes.com

*Attorneys for Defendant Better Mortgage Corporation*

3

# EXHIBIT A

# EXHIBIT A

**IN THE CIRCUIT/COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT,**

**IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**

**BLAKE WARNER**                                      Case Number.: **22-CA-009864**
Plaintiff(s)                                                    Division G
vs

**BETTER MORTGAGE CORPORATION**
Defendant(s)

<b>SUMMONS</b>

**THE STATE OF FLORIDA**:
To Each Sheriff of the State:
     **YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition in this action on defendant(s)

> **BETTER MORTGAGE CORPORATION**
> **175 GREENWICH STREET**
> **57TH FLOOR**
> **NEW YORK NY  10007**

     Each defendant is required to serve written defenses to the complaint or petition on **Blake Warner**, plaintiff's attorney, whose address is **2211 S Village Ave  Tampa FL  33612** within 20[1] days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

**DATED** on November 29, 2022.

Attorney: Blake Warner
Attorney For: Blake Warner
Address: 2211 S Village Ave
Tampa FL  33612

CINDY STUART
CLERK OF THE CIRCUIT COURT

22-CA-009864 11/29/2022 8:28:43 AM

CINDY STUART, CLERK

Florida Bar No:

22-CA-009864 11/29/2022 8:28:43 AM
Prepared By:Jeannette Torres, Deputy Clerk
P.O. Box 3360                800 E Twiggs St
Tampa, FL 33601          Room 101
                                      Tampa FL 33602

(813)276-8100

[1]Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be inserted is 30 days.

Florida Rules of Civil Procedure Form 1.902(a), Summons (05/04/2020)

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named in the documents.

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs St., Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711**.

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con el Coordinador de ADA, Hillsborough County Courthouse, 800 E. Twiggs St., Sala 604, Tampa, Florida 33602, (813) 272-7040, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir**

Florida Rules of Civil Procedure Form 1.902(a), Summons (05/04/2020)

**esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**

### IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**Si vous êtes une personne handicapée qui a besoin de mesures d'adaptation pour participer à cette procédure, vous avez droit, sans frais pour vous, à une certaine assistance. Veuillez contacter le coordinateur de l'ADA Hillsborough County Courthouse, 800 E. Twiggs St., Salle 604, Tampa, Florida 33602, (813) 272-7040, au moins 7 jours avant votre comparution prévue au tribunal, ou immédiatement après avoir reçu cette notification si le délai avant la comparution prevue est inférieur à 7 jours; si vous êtes malentendant ou avez un trouble de la parole, appelez le 711.**

### Enpòtan

Pwosedi legal yo te pran kont ou. Ou gen 20 jou konsekitif ki soti nan dat konklizyon sa a pou ou ranpli yon repons alekri pou plent sa a nan tribinal sa a. Yon apel telefon ki senp se pa ase pou pwoteje ou. Ou oblije ranpli repons alekri ou a, ak nimewo a dosye pi wo a ak non pati yo ki te nonmen isit la, si ou vle tribinal la tande ka w la. Si ou pa ranpli repons alekri ou nan rele egzije a, ou riske pedi koz la ak sale ou, lajan ou, ak pwopriyete ou yo ka mete men sou pita, san okenn lot avi nan tribinal la. Gen lot obligasyon legal epi ou ka mande sevis imedya yon avoka. Si ou pa konnen yon avoka, ou ka rele yon sèvis referans avoka oswa yon biwo ed legal (ki nan lis nan anye telefon).

Si ou chwazi pou ou soumet yon repons alekri tet ou, ou pral bezwen tou voye oswa voye yon kopi repons ekri ou nan fòm sa a an menm tan an tankou fomalite sa a "Avoka Pleyan/Pwokire a" (Pleyan oswa avoka li) non anba a.

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w kab patisipe nan pwosedi sa a, ou gen dwa, san ou pa bezwen peye okenn lajan, pou w**

Florida Rules of Civil Procedure Form 1.902(a), Summons (05/04/2020)

**jwenn yon sèten èd. Tanpri kontakte Hillsborough County Courthouse, 800 E. Twiggs St., Sal 604, Tampa, Florida 33602, (813) 272-7040, Kòdonatris pwogram Lwa Ameriken pou Moun ki Enfim yo nan Hillsborough County Courthouse, 800 E. Twiggs St., Sal 604, Tampa, Florida 33602, (813) 272-7040, fè sa omwen 7 jou anvan dat ou gen randevou pou parèt nan Tribinal la, oswa fè sa imedyatman apre ou fin resevwa konvokasyon an si dat ou gen pou w parèt nan tribunal la mwens pase 7 jou; si ou gen pwoblèm pou w tande byen oswa pou w pale klè, rele 711.**

Florida Rules of Civil Procedure Form 1.902(a), Summons (05/04/2020)

# In The Circuit Court Of The Thirteenth Judicial Circuit Of The State Of Florida, In And For Hillsborough County
## Civil Division

Blake Warner

v.

BETTER MORTGAGE CORPORATION

Case Number

# Complaint

## Introduction

*Plaintiff*, Blake Warner, *pro se*, hereby files his Complaint against BETTER MORT-GAGE CORPORATION ("BETTER.COM") for the following causes of action: breach of contract, Fla. Stat. § 501 et seq "Deceptive and Unfair Trade Practices Act" ("FDUTPA"), Fla. Stat. § 494.001 et seq, 15 U.S.C. § 1601 et seq. "Truth in Lending Act" ("TILA"), and 12 U.S.C. § 2601 et. seq. "Real Estate Settlement Procedures Act" ("RESPA").

## Plaintiff Blake Warner

1. Mr. Warner is a natural person, who at all times relevant was a resident of Hillsborough County, who was conducting business with *Defendant* to purchase real property in Hillsborough County.

1

## Defendant BETTER.COM

2. Upon information and belief, BETTER.COM is a corporation organized and existing under the laws of the State of California, with its principal place of business at 175 Greenwich Street, 57th Floor, New York, New York 10007.

3. BETTER.COM is registered with the Florida Secretary of State to do business in Florida, and currently has an active status.

4. BETTER.COM is a direct home mortgage lender licensed to do business in Florida NMLS #330511.

## Jurisdiction

5. This is an action for damages where the amount in controversy exceeds *thirty thousand dollars ($30,000).*

6. Venue is proper pursuant 12 U.S.C. § 2605, 15 U.S.C. § 1640(e), Fla. Stat. § 47.011 and Fla. Stat § 48.193., as the cause of action accrued where *Plaintiff* resides and where the *Defendant* engaged in business activity to purchase real property at issue located in Hillsborough County, Florida.

## Facts

7. On 9-7-2022, *Plaintiff* applied for and received a mortgage pre-approval letter from *Defendant* for the purposes of purchasing real property in Hillsborough County, Florida.

2

8. On 9-13-2022 at approx 7:18 AM, *Plaintiff* received a loan estimate from *Defendant* with stated terms of 5.625% APR with 0.742 points ($3,172). *see* attached.

9. On 9-13-2022 at approx 1:29 PM, *Plaintiff* executed a contract to purchase real estate property located at 2211 S Village Ave, Tampa FL 33612, with a closing date of October 17, 2022 and then promptly sent the contract to *Defendant*.

10. On 9-13-2022 at approx 1:50 PM, *Defendant* called *Plaintiff* and agreed to lock the rate, and both parties agreed to move forward with using *Defendant* as the lender to purchase the subject property.

11. *Plaintiff*, while relying on the assurances, promises, and/or contract by *Defendant*, ceased working with other lenders and worked exclusively with BETTER.COM.

12. *Defendant* made no mention about any changes in the terms of the loan estimate during that phone call.

13. On 9-13-2022 at approx 1:56 PM, *Defendant* sent *Plaintiff* an email that stated "You locked a 30 Year Fixed loan at 5.625%" and "Your rate is now locked and guaranteed for 44 days. If market rates change during that time, you're fully protected.". *see* attached.

14. On 9-15-2022 at approx 12:05 AM, *Defendant* sent *Plaintiff* an email that stating that "There's been an update to your loan estimate", and specifically noted changes in "Prepaids" (Points) and "Services you cannot shop for". *see* attached. The new stated terms were 5.625% APR with 1.15 points ($4,916). This revised loan estimate states checks the box next to "New information unknown at time

3

of original LE", but does not check the box next to "Pricing has been updated on your existing rate selection" or "Borrower requested rate lock". *see* attached.

15. This points increase raised the cost of the loan by $1,744 over the previous loan estimate, which *Plaintiff* ultimately paid to a different lender: North American Savings Bank ("NASB").

16. *Defendant* never sent *Plaintiff* a revised loan estimate triggered by the rate lock agreement on 9-13-2022.

17. *Defendant* never sent *Plaintiff* a revised loan estimate triggered by any rate change.

18. *Defendant* posted dated the rate lock agreement–attached to the revised loan estimate–to 9-15-2022 in the revised loan estimate, despite the fact that the rate lock agreement was actually entered into on 9-13-2022.

19. *Defendant* refused to honor the terms of the original agreed upon loan estimate when contacted by *Plaintiff*.

20. *Defendant* routinely engages in this bait-and-switch tactic to improperly induce borrowers into paying higher settlement fees.

21. *Plaintiff* was stuck with BETTER.COM–despite their bait-and-switch fuckery–because interest rates had jumped significantly since the rate lock, so it did not appear plausible to secure other financing at the same terms. *Defendant* knew this, which is why they engaged in this predatory behavior.

22. On 9-18-2022, Loan Officer Jason Handke at NASB followed up a mortgage quote that he had previously sent *Plaintiff*. *Plaintiff* explained to NASB how BET-TER.COM bait-and-switched him, and NASB agreed to price match BETTER.COM's

4

*higher* loan estimate. Despite being delayed nearly a week due to BETTER.COM's bait-and-switch and delays related to Hurricane Ian, NASB closed the loan on time.

23. This closing time crunch–caused by *Defendant*'s conduct–caused tremendous stress upon the *Plaintiff*. He lost sleep, lost weight, and paced, stressing over whether he would close on time in an extremely stressful, unprecedented, housing market where he might not be able to find another home to purchase let alone afford one if his rate locks expire and he had to re-aquire financing at over 100 basis points higher than what he locked at.

24. Had *Defendant* not bait-and-switched *Plaintiff*, he would have closed the loan with *Defendant* under the original loan terms.

## Counts

### Count I

#### *Breach of Contract: Rate Lock*

25. *Plaintiff* re-alleges and incorporates by reference ¶ 7 - 24

26. *Defendant* entered into a rate lock contract with *Plaintiff* on 9-13-2022, and then subsequently breached the terms of that contract by raising the cost of the loan two days later.

## Count II

### *Fla. Stat. § 494.0025(4): Deception and Fraud*

27. *Plaintiff* re-alleges and incorporates by reference ¶ 7 - 24

28. *Defendant* engaged in a transaction, practice, or course of business to defraud, trick, deceive, or scheme *Plaintiff* by bait-and-switching the terms of their loan agreement after acceptance.

## Count III

### *FDUTPA: Deceptive Unfair Practices*

29. *Plaintiff* re-alleges and incorporates by reference ¶ 7 - 24

30. *Defendant* engaged in deceptive and unfair trade practices when they violated Fla. Stat. § 494.0025 (previous count) and by bait-and-switching the terms of the mortgage loan agreement offered to (and entered into a contract with) *Plaintiff*.

## Count IV

### *TILA: 12 CFR § 1026 (Regulation Z)*

31. *Plaintiff* re-alleges and incorporates by reference ¶ 7 - 24

32. *Defendant* failed to provide *Plaintiff* with the statuatory required revised loan estimate for "Interest rate dependent charges" when the rate was locked.

6

## COUNT V

### *TILA: 12 CFR § 1026 (Regulation Z)*

33. *Plaintiff* re-alleges and incorporates by reference ¶ 7 - 24

34. *Defendant* failed to provide *Plaintiff* with the statuatory required revised loan estimate for "Interest rate dependent charges" when they changed the amount of points on the loan estimate.

## COUNT VI

### *TILA: 12 CFR § 1026 (Regulation Z)*

35. *Plaintiff* re-alleges and incorporates by reference ¶ 7 - 24

36. *Defendant* increased the points on the loan estimate after the rate was locked, without a statutorily authorized change in circumstances.

## COUNT VII

### *RESPA: 12 CFR § 1024 (Regulation X)*

37. *Plaintiff* re-alleges and incorporates by reference ¶ 7 - 24

38. *Defendant* failed to provide *Plaintiff* with the statuatory required revised loan estimate for "Interest rate dependent charges" when the rate was locked.

## Count VIII

### *RESPA: 12 CFR § 1024 (Regulation X)*

39. *Plaintiff* re-alleges and incorporates by reference ¶ 7 - 24

40. *Defendant* failed to provide *Plaintiff* with the statuatory required revised loan estimate for "Interest rate dependent charges" when they changed the amount of points on the loan estimate.

## Count IX

### *RESPA: 12 CFR § 1024 (Regulation X)*

41. *Plaintiff* re-alleges and incorporates by reference ¶ 7 - 24

42. *Defendant* increased the points on the loan estimate after the rate was locked, without a statutorily authorized change in circumstances.

# Nature of Relief

**Wherefore**, *Plaintiff* respectfully requests that this court:

(a) Award *Plaintiff* actual damages pursuant 12 U.S.C. § 2605(f)(1)(a), 15 U.S.C. § 1640(a)(1), Fla. Stat. § 494, FDUTPA, and breach of contract tort;

(b) Award *Plaintiff* twice the amount of any finance charges pursuant 15 U.S.C. § 1640(a)(2)(A)(i) for each violation;

8

(c) Award *Plaintiff* additional damages of $2,000 pursuant 12 U.S.C. § 2605(f)(1)(b) for each violation;

(d) Award *Plaintiff* the maximum of any other statutory damages for each RESPA and TILA violation;

(e) Award *Plaintiff* emotional distress damages for each RESPA claim;

(f) Award to the *Plaintiff* costs of suit and reasonable attorney fees pursuant 12 U.S.C. § 2605(f)(3), 15 U.S.C. § 1640(a)(3), and Fla. Stat. § 521.2105;

(g) Grant whatever additional relief this Court deems appropriate and just under the circumstances.

# DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

<u>11-28-2022</u>

Date

Blake Warner, Pro Se

2211 S. Village Ave

Tampa, FL 33612

E-Service: BLAKE@NULL3D.COM

9

# EXHIBIT B

# EXHIBIT B

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Blake Warner

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se
2211 S. Village Ave, Tampa, FL 33612

## DEFENDANTS

Better Mortgage Corporation.

County of Residence of First Listed Defendant   New York County
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Lippes Mathias LLP (904) 660-0029
10151 Deerwood Park Blvd., Jacksonville, FL 32256

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☒ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
TILA, 15 U.S.C. § 1601 et seq., RESPA, 12 U.S.C. 2601, et seq.

Brief description of cause:
Alleged changes in mortgage loan agreement due to interest rate dependent charges.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $
None in complaint

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
December 19, 2022

SIGNATURE OF ATTORNEY OF RECORD
/s Adam B. Edgecomb

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

JS 44 Reverse (Rev. 04/21)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**   **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   **(b)**   **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   **(c)**   **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**   **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.**   **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**   **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.**   **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI.**   **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.**   **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**   **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.