# United States District Court
## For The Middle District of Florida
## Tampa Division

| | |
|---|---|
| Blake Warner | Case Number 8:22-CV-02874 |
| v. | |
| BETTER MORTGAGE CORPORATION | |

# Certificate Of Interested Persons And Corporate Disclosure Statement

I hereby disclose the following, pursuant to Local Rule 3.03, interested persons:

1. the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

BETTER MORTGAGE CORPORATION, LIPPES MATHIAS LLP, Adam B. Edgecomb

1

2. the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None

3. the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None

4. the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Blake Warner

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned

2

to this case, and will immediately notify the Court in writing on learning of any such conflict.

## CERTIFICATE OF SERVICE

I certify that a copy hereof has been furnished to Defendant's counsel via email.

12-19-2022

Date

*[signature]*

Signature

Blake Warner, Pro Se

2211 S Village Ave

Tampa, FL 33612

E-Service: BLAKE@NULL3D.COM