# United States District Court
### For The Middle District of Florida
### Tampa Division

Blake Warner

v.

BETTER MORTGAGE CORPORATION

Case Number 8:22-CV-02874

## Motion for Permission for Electronic Case Filing

As the *Plaintiff* in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

3. I have regular access to the technical requirements necessary to e-file successfully:

    (a) A computer with internet access;

    (b) An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

1

(c) A scanner to convert documents that are only in paper format into electronic files;

(d) A printer or copier to create required paper copies such as chambers copies;

(e) A word-processing program to create documents; and

(f) A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed

# I  Certificate of Service

I certify that a copy hereof has been furnished to all Defendants.

12-19-2022

Date

*[signature]*

Signature

Blake Warner, *pro-se*

2211 S Village Ave

Tampa, FL 33612

E-Service: BLAKE@NULL3D.COM