UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BLAKE A. WARNER,

     Plaintiff,

v.                                Case No.:  8:22-cv-2874-CEH-MRM

BETTER MORTGAGE
CORPORATION,

     Defendant.

_____/

**ORDER**

Pending before the Court is *pro se* Plaintiff's Motion for Permission for Electronic Case Filing, filed on December 19, 2022.  (Doc. 5).  Plaintiff requests that the Court permit Plaintiff "to participate in electronic case filing . . . in this case." (*Id.* at 1).  In support, Plaintiff represents that he (1) has reviewed the requirements for filing electronically and agrees to abide by them; (2) understands that once he registers for electronic filing, he will receive notices and documents by email only; and (3) has regular access to the technology necessary to successfully participate in electronic case filing.  (*See id.* at 1-2).

The Court construes the motion as requesting leave to filing documents using the Middle District of Florida's electronic docketing system.  Upon review, the Court finds that the motion, as construed, is due to be **DENIED WITHOUT PREJUDICE**.

More specifically, although the Court may authorize *pro se* litigants to file documents using the Middle District of Florida's electronic docketing system, *see B. CM/ECF Eligibility and Registration,* Administrative Procedures for Electronic Filing for the Middle District of Florida, the Court finds that Plaintiff has not shown good cause to do so here, (*see* Doc. 5 at 1-2).  Indeed, Plaintiff makes no attempt to support his need for electronic filing.  (*See id.*).  As a result, the Court denies the request without prejudice.  Plaintiff may renew his motion, if appropriate, in full compliance with this Court's Local Rules.  Any renewed motion, however, must articulate a specific need for electronic filing.

Although the Court denies Plaintiff's motion without prejudice, the Court notes that Plaintiff may be able to electronically submit documents for filing and access case documents electronically without leave of Court.  The Court's website, www.flmd.uscourts.gov, contains useful information for *pro se* litigants under the "For Litigants" > "Litigants without Lawyers" tabs.  Specifically, the "Electronic Document Submission Web Portal" page provides *pro se* parties with a hyperlink to a form that can be used to electronically submit filings to the Clerk's Office.  Plaintiff may use that method of filing so long as it remains available through the Court's public website.  Additionally, Plaintiff may register for a PACER account, through its independent website, to receive access to case filings.  **But, any cost incurred as a result of PACER must be paid by Plaintiff.**

## CONCLUSION

Accordingly, the Court **ORDERS** that:

1.     The Motion for Permission for Electronic Case Filing (Doc. 5), construed as a motion requesting leave to filing documents using the Middle District of Florida's electronic docketing system, is **DENIED WITHOUT PREJUDICE**.

2.     Plaintiff may use the "Electronic Document Submission Web Portal" to submit filings so long as it remains available through the Court's public website.

3.     Plaintiff may register for a PACER account to receive access to case filings.  **Any cost incurred as a result of PACER must be paid by Plaintiff.**

**DONE** and **ORDERED** in Tampa, Florida on December 20, 2022.

Mac R. McCoy
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties