IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.: 8:22-cv-02874-CEH-MRM

BLAKE WARNER,

        Plaintiff,

vs.

BETTER MORTGAGE CORPORATION,

        Defendant.
_____/

**UNOPPOSED MOTION FOR SPECIAL ADMISSION**

Richard M. Scherer, Jr., Esq., moves for special admission to represent Defendant Better Mortgage Corporation in this action.

1. I am neither a Florida resident nor a member in good standing of The Florida Bar.

2. I am a member in good standing of the New York State Bar as well as the following Federal Courts: U.S. Court of Appeals for the Eleventh Circuit; U.S. Court of Appeals for the Ninth Circuit; U.S. Court of Appeals for the Fifth Circuit; U.S. Court of Appeals for the Second Circuit; U.S. District Court, District of Colorado; U.S. District Court, Central District of Illinois; U.S. District Court, Northern District of Illinois; U.S. District Court, Eastern District of New York; U.S. District Court, Northern District of New York; U.S. District Court, Southern District of New York; U.S. District Court, Western District of New York; U.S. District Court, Eastern District of Texas; U.S. Bankruptcy Court, Southern District of New York; and U.S. Bankruptcy Court, Western District of New York.

3. I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

   a. *Grossinger v. Ally Financial Inc. et al*, Southern District of Florida, Case No. 1:22-cv-22228-KMW; and

   b. *Korecky v. Mercantile Adjustment Bureau, LLC*, Southern District of Florida, Case No. 9:20-cv-80580-RAR.

4. I will comply with the Federal Rules and this Court's Local Rules.

5. I am familiar with 28 U.S.C. § 1927, which provides:

   Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

6. I have paid the fee for special admission or will pay the fee upon special admission.

7. I will register with the Court's CM/ECF system.

8. I affirm the oath, which states:

   I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Dated: December 20, 2022

                              **LIPPES MATHIAS LLP**

                              /s Richard M. Scherer, Jr.
                              Richard M. Scherer, Jr., Esq.
                              50 Fountain Plaza, Suite 1700
                              Buffalo, NY 14202
                              T: (716) 853-5100
                              F: (716) 853-5199
                              E:  rscherer@lippes.com

                              *Attorneys for Defendant Better Mortgage Corporation*

## Local Rule 3.01(g) Certification

    I have conferred with the Plaintiff, proceeding pro se, and represent that Plaintiff is unopposed to my special admission.

                              /s Richard M. Scherer, Jr.
                              Richard M. Scherer, Jr., Esq.