UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BLAKE A. WARNER,

    Plaintiff,

v.                                                Case No.: 8:22-cv-2874-CEH-MRM

BETTER MORTGAGE
CORPORATION,

    Defendant.
_____/

## **ORDER**

Pending before the Court is the Unopposed Motion for Special Admission, filed on December 20, 2022. (Doc. 9). Richard M. Scherer, Jr. requests that he be permitted to appear specially for Defendant, Better Mortgage Corporation. The Court will allow Richard M. Scherer, Jr. to appear specially.

Therefore, the Court **ORDERS** the following:

    1)    The Unopposed Motion for Special Admission (Doc. 9) is hereby **GRANTED**.

    2)    The Clerk of Court is directed to add Richard M. Scherer, Jr. to the service list.

    3)    Unless already completed, within fourteen (14) days from the date of this Order, Richard M. Scherer, Jr. must send the [required fee](required fee) to the Clerk's Office.

    4)    Unless already completed, within fourteen (14) days from the date of this Order, Richard M. Scherer, Jr. must complete and submit the [E-Filer](E-Filer)

Registration Form for CM/ECF.  Failure to register may cause the Court to revoke permission to appear specially.

**DONE AND ORDERED** in Tampa, Florida on December 21, 2022.

Mac R. McCoy
United States Magistrate Judge


Copies furnished to:

Counsel of Record
Unrepresented Parties