UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BLAKE A. WARNER,

    Plaintiff,

v.                                                         Case No.:   8:22-cv-2874-CEH-MRM

BETTER MORTGAGE
CORPORATION,

    Defendant.
_____/

## **ORDER**

    Pending before the Court is *pro se* Plaintiff's Unopposed Motion for Permission for Electronic Case Filing, filed on December 21, 2022. (Doc. 11). Plaintiff requests that the Court permit Plaintiff "to participate in electronic case filing . . . in this case." (*Id.* at 1). Plaintiff represents that Defendant is unopposed to the relief sought. (*See id.* at 5).

    In support of his motion, Plaintiff represents, *inter alia*, that he is (1) a single parent of an elementary aged child, (2) employed full time, and (3) unable to travel to the courthouse to receive a copy of filed documents each time there is a new filing. (*See id.* at 2). Additionally, Plaintiff explains that he has previously been granted leave to file documents using the Middle District of Florida's electronic docketing system. (*See id.* at 2 (citations omitted)). Finally, Plaintiff affirms that he (1) has reviewed the requirements for filing electronically and agrees to abide by them; (2) understands that once he registers for electronic filing, he will receive notices and

documents by email only; and (3) has regular access to the technology necessary to successfully participate in electronic case filing. (*See id.* at 3-4).

The Court construes the motion as requesting leave to file documents using the Middle District of Florida's electronic docketing system, CM/ECF. Upon review, the Court finds that the motion, as construed, is due to be **GRANTED**. In granting Plaintiff's motion, the Court relies heavily on the fact that (1) the motion is unopposed and (2) Plaintiff has twice been granted leave to file documents using the Middle District of Florida's electronic docketing system. *See Warner v. Corson Realty Group, Inc.*, No. 8:20-cv-03093-MSS-AEP, Doc. 10 (M.D. Fla. Jan. 6, 2021); *Warner v. Hillsborough County Clerk of Courts*, No. 8:22-cv-01977-MSS-SPF, Doc. 8 (M.D. Fla. Sept. 19, 2022). Plaintiff's previous use of CM/ECF to participate in his cases satisfies the Court that allowing Plaintiff to do so here will not delay the proceedings and will otherwise promote the interest of justice.

## CONCLUSION

Accordingly, the Court **ORDERS** that:

1. The Unopposed Motion for Permission for Electronic Case Filing (Doc. 11), construed as a motion requesting leave to file documents using the Middle District of Florida's electronic docketing system, is **GRANTED**.

2. Plaintiff is **DIRECTED** to register for CM/ECF by following the Court's instructions for Non-Attorney E-File Registration available on

the Court's website, www.flmd.uscourts.gov, under the "For Lawyers" > "Case Management/Electronic Case Filing (CM/ECF)" tabs.

3. Plaintiff is **DIRECTED** to read and abide by the Federal Rules of Civil Procedure, the Local Rules of the Middle District of Florida, and the Administrative Procedures for Electronic Filing.

**DONE** and **ORDERED** in Tampa, Florida on December 22, 2022.

_____
Mac R. McCoy
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties