IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:22-CV-02874-CEH-MRM

BLAKE WARNER,

    Plaintiff,

vs.

BETTER MORTGAGE CORPORATION,

    Defendant.
_____/

**DEFENDANT BETTER MORTGAGE CORPORATION'S "TIME SENSATIVE" MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

Pursuant to Fed. R. Civ. P 6(b)(1) Defendant Better Mortgage Corporation ("Defendant"), by and through its attorneys, hereby moves for a one-week extension of time to file its responsive pleading.

1. Defendant has designated this motion as "time sensitive" pursuant to Local Rule 3.01(e) because the deadline Defendant seeks to extend is December 27, 2022 and thus, Defendant requests a ruling prior to this date.

2. On December 19, 2022, Defendant removed this action from the 13th Judicial Circuit in and for Hillsborough County, Florida.

3. Pursuant to Fed. R. Civ. P 81(c)(2)(C), Defendants' responsive pleading is currently due December 27, 2022, as December 26 is a federal holiday.

4. Defendant intends to file a motion to dismiss. Pursuant to Local Rule 3.01, Defendant must confer with Plaintiff prior to filing its motion to dismiss. On December 23, 2022, counsel for Defendant emailed Plaintiff to confer and briefly outlined Defendant's position.

1

Plaintiff responded but due to the Christmas holiday and the availability of Plaintiff and counsel for Defendant, the parties will not be able to substantively confer prior to December 27, 2022.

5. Accordingly, due to the upcoming holiday and to allow the parties time, as required by Local Rule 3.01, to meet and confer prior to Defendant filing any motion to dismiss, Defendant requires additional time to respond to the Complaint.

6. Defendant requests until January 3, 2022, to file its responsive pleading.

7. No prior extensions of time have been sought by Defendant.

8. Based on the forgoing, Defendant Better Mortgage Corporation respectfully requests the Court to grant its motion for an extension of time, through January 3, 2022, to file its responsive pleading.

DATED: December 23, 2022

**LIPPES MATHIAS LLP**

*s/ Richard M. Scherer, Jr.*
Richard M. Scherer, Jr., Esq. (pro hac vice)
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
P: 716-853-5100
F: 716-853-5199
Email: rscherer@lippes.com

Adam B. Edgecombe, Esq.
Florida Bar Number: 1011043
10151 Deerwood Park Blvd., Bldg. 300, Suite 300
Jacksonville, Florida 32256
P: 904-660-0020
F: 904-660-0029
E: aedgecombe@lippes.com

*Attorneys for Defendant*
*Better Mortgage Corporation*

**Local Rule 3.01(g) Certification**

I have conferred with the Plaintiff, proceeding pro se, and represent that Plaintiff consents to the relief sought herein.

                                              */s Richard M. Scherer, Jr.*
                                              Richard M. Scherer, Jr., Esq.