# United States District Court
## For The Middle District of Florida
## Tampa Division

| | |
|---|---|
| Blake Warner | Case Number 8:22-CV-02874 |
| v. | |
| BETTER MORTGAGE CORPORATION | |

## Notice of Settlement with Defendant

Pursuant Local Rule 3.09, *Plaintiff* hereby provides notice that *Plaintiff* and BETTER MORTGAGE CORPORATION have reached a settlement in this case. Upon completion of the terms of settlement, *Plaintiff* will file the appropriate documents to dismiss the action with prejudice.

## CERTIFICATE OF SERVICE

I certify that a copy hereof has been furnished to all Defendants.

| | |
|---|---|
| 12-29-2022 | /s/ Blake Warner |
| Date | Signature |
| | Blake Warner, *pro-se* |
| | 2211 S Village Ave |
| | Tampa, FL 33612 |
| | E-Service: BLAKE@NULL3D.COM |

2