# United States District Court
## For The Middle District of Florida
## Tampa Division

Blake Warner

v.

BETTER MORTGAGE CORPORATION

Case Number 8:22-CV-02874

## Joint Stipulation of Dismissal with Prejudice

Plaintiff, Blake A. Warner, *pro se* and Defendant BETTER MORTGAGE CORPORATION, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of all claims against Defendant BETTER MORTGAGE CORPORATION. Each side is to bear their own attorneys costs and fees.

## CERTIFICATE OF SERVICE

I certify that a copy hereof has been furnished to all Defendants.

| | |
|---|---|
| 1-17-2023 | /s/ Richard M. Scherer, Jr. |
| Date | Signature |
| | Richard M. Scherer, Jr., Esq. |
| | Attorneys for Defendant |
| | 50 Fountain Plaza, Suite 1700 |
| | Buffalo, NY 14202 |
| | T: 716-853-5100 |
| | F: 716-853-5199 |
| | rscherer@lippes.com |

| | |
|---|---|
| 1-17-2023 | |
| Date | Signature |
| | Blake Warner, *pro se* |
| | 2211 S Village Ave |
| | Tampa, FL 33612 |
| | E-Service: BLAKE@NULL3D.COM |

2